Emily Jeffcott (pro hac vice)
MORGAN & MORGAN
220 W. Garden St. 9th Floor
Pensacola, FL 32502
Tel: 850-316-9100
Email: Ejeffcott@forthepeople.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Sabrina Zampa Individually, and As Guardian Of Her Minor Children J.M., A Minor, and J.M., A Minor, On Behalf Of Themselves And Those Similarly Situated,*<br><br>**Plaintiff,**<br><br>V.<br><br>**Juul Labs, Inc., et al.,**<br><br>**Defendants.** | MDL Member Case No. 3:19-cv-02466<br><br>MDL Case No. 3:19-md-02913-WHO |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff in the above-captioned member case hereby dismisses this case with prejudice.

Dated: April 20, 2025

MORGAN & MORGAN, PA

*/s/ Emily Jeffcott*

Emily Jeffcott (pro hac vice)
MORGAN & MORGAN
220 W. Garden St. 9th Floor
Pensacola, FL 32502
Tel: 850-316-9100
Email: Ejeffcott@forthepeople.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.